1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7144
7  FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov
8
   Attorneys for the United States

FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KWAN TSOI, HENRY NAVARRO and KELLY ECKER,<br><br>    Defendants. | No. CR 08-0419 WHA<br><br>**UNITED STATES' APPLICATION TO UNSEAL CASE FILE** |

The United States hereby moves this Court to UNSEAL the case file following the indictment of the defendants on June 26, 2008.

DATED: June 27, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Allison M. Danner
ALLISON M. DANNER
Assistant United States Attorney

UNSEALING APPLICATION
CR 08-0419 WHA