FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KWAN TSOI, HENRY NAVARRO and<br>KELLY ECKER,<br><br>  Defendants. | No. CR 08-419 WHA<br><br>**UNSEALING ORDER** |

Good cause appearing therefor, it is hereby ordered that the case file be UNSEALED.

DATED: June 27, 2008

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

UNSEALING ORDER
CR 08-0419 WHA