IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**USA,**

        Plaintiff(s),

  v.

**Kwan Tsoi,**

        Defendant(s),                    /

No. CR 08-0419 WHA

**Clerk's Notice**

**YOU ARE NOTIFIED THAT** a   Further Bond Hearing is set for **July 7, 2008 at 9:30a.m.** before the Honorable Nandor J. Vadas, Courtroom B , on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 7/2/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
     Simone Voltz
     Courtroom Deputy