JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0419 WHA |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM |
| v. | ) ) | SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| KELLY ECKER, | ) ) | |
| Defendant. | ) ) | |

With the agreement of the parties in open court, and with the consent of defendant Kelly Ecker, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from June 27, 2008 through July 15, 2008, the date of the defendant's initial appearance before the District Court. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant was arraigned on the indictment in this case on June 27, 2008. At that time, defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant

STA Stipulation
CR 08-0419 WHA

1  requested this time exclusion in order to allow her counsel time to review discovery that would
2  shortly be provided by the government.
3       2.      Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from June 27, 2008 through July 15, 2008 outweigh the best interest of the
5  public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
6       3.      Accordingly, and with the consent of the defendant at the arraignment on June 27,
7  2008, the Court ordered that the period from June 27, 2008 through July 15, 2008 be excluded
8  from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
9       IT IS SO STIPULATED.

DATED:  July 11, 2008            \s\
                                 ERIC HAIRSTON
                                 Attorney for Defendant

DATED: July 11, 2008             \s\
                                 ALLISON MARSTON DANNER
                                 Assistant United States Attorney

     IT IS SO ORDERED.

DATED: July 21, 2008             _____
                                 NANDOR J. VADAS
                                 United States Magistrate Judge

STA Stipulation
CR 08-0419 WHA                          2