UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 15, 2008

Case No.: CR 08-00419 WHA

Title: UNITED STATES -v- KELLY ECKER (present)
HENRY ALFONSO NAVARRO (present)
KWAN TSOI (present)

Appearances:
    For the Government: Allison Danner

    For the Defendant(s): Eric Hairston (d-Ecker)
        Shana Keating (d-Navarro)
        Suzanne Yee (d-Tsoi)

Interpreter: Teresa Wong (Mandarin Interpreter assisted d-Kwan Tsoi)

Deputy Clerk: Dawn Toland      Court Reporter: Lydia Zinn

**PROCEEDINGS**

1) Status - HELD

2) 

Case continued to **8/19/08 at 2:00 pm** for Status/Setting

**ORDERED AFTER HEARING:**

Defendant Kwan Tsoi wants to be assisted by a Mandarin interpreter for all Court proceedings. The Mandarin interpreter was sworn-in by the clerk.

Government has more discovery to complete. Defendants would like additional time to review the discovery. Time is excluded from today until 8/19/08.

Defendant Kwan Tsoi should address the issue of posting the keys, per the stipulation, before the Magistrate Judge that held the bail hearing.