JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0419 WHA |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM |
| v. ) | SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| KWAN TSOI, HENRY NAVARRO, and KELLY ECKER ) | |
|     Defendant. ) | |

    With the agreement of the parties in open court, and with the consent of defendants Kwan Tsoi, Henry Navarro, and Kelly Ecker, the Court enters this order documenting defendants' exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 15, 2008 through August 19, 2008, the date of the defendants' next appearance before the District Court. The parties agree, and the Court finds and holds, as follows:

    1.    Defendants were indicted in this case on June 26, 2008. On July 15, 2008, defendants appeared for their initial appearance before this Court. On that date, defendants agreed to an exclusion of time under the Speedy Trial Act until August 19, 2008, the date of

1 | defendants' next appearance before the District Court.

2 |     2.    At the hearing on July 15, 2008, government counsel stated that two initial rounds of discovery had already been provided and another round would be forthcoming. Defense counsel for all defendants agreed to the exclusion of time in order to review this discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    3.    Given these circumstances, the Court excluded all time under the Speedy Trial Act between July 15, 2008 and August 19, 2008 on the grounds that the ends of justice served by excluding the period from July 15, 2008 and August 19, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Id. at 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 18, 2008       /s/
    SUZAN YEE
    Attorney for Defendant KWAN TSOI

DATED: July 23, 2008       /s/
    SHANA KEATING
    Attorney for Defendant HENRY NAVARRO

DATED: July 22, 2008       /s/
    ERIC HAIRSTON
    Attorney for Defendant KELLY ECKER

DATED: July 24, 2008       \s\
    ALLISON MARSTON DANNER
    Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____       _____
    WILLIAM ALSUP
    United States District Judge